AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

WILLIAM JENNINGS GOLSTON, On Behalf of Himself
and All Others Similarly Situated,

    Plaintiff,

vs.

ORION ENERGY SYSTEMS, INC., NEAL R. VERFUERTH, DANIEL
J. WAIBEL, THOMAS A. QUADRACCI, MICHAEL J. POTTS, DIANA
PROPPER de CALLEJON, JAMES R. KACKLEY, ECKHART G. GROHMANN,
PATRICK J. TROTTER, THOMAS WEISEL PARTNERS, LLC, CANACCORD
ADAMS, INC., and PACIFIC GROWTH EQUITIES, LLC,

    Defendants.

**APPEARANCE**

Case Number: 08 CIV 2984

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Orion Energy Systems, Inc.        Patrick J. Trotter
    Neal R. Verfuerth
    Daniel J. Waibel
    Thomas A. Quadracci
    Michael J. Potts
    Diana Propper de Callejon
    James R. Kackley
    Eckhart G. Grohmann

I certify that I am admitted to practice in this court.

| 4/11/2008 | _[signature]_ | |
|---|---|---|
| Date | Signature | |
| | Jerome S. Hirsch | JH5650 |
| | Print Name | Bar Number |
| | Skadden, Arps, Slate, Meagher & Flom LLP | |
| | Four Times Square | |
| | Address | |
| New York | NY | 10036 |
| City | State | Zip Code |
| (212) 735-3000 | (212) 735-2000 | |
| Phone Number | Fax Number | |