AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

WILLIAM JENNINGS GOLSTON, On Behalf of Himself and All Other Similarly Situated,
  Plaintiff,

vs.

ORION ENERGY SYSTEMS, INC., NEAL R. VERFUERTH, DANIEL J. WAIBEL, THOMAS A. QUADRACCI, MICHAEL J. POTTS, DIANA PROPPER de CALLEJON, JAMES R. KACKLEY, ECKHART G. GROHMANN, PATRICK J. TROTTER, THOMAS WEISEL PARTNERS, LLC, CANACCORD ADAMS, INC., and PACIFIC GROWTH EQUITIES, LLC,
  Defendants.

**APPEARANCE**

Case Number: 08 CIV 2984

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for

   Orion Energy Systems, Inc.          Patrick J. Trotter
   Neal R. Verfuerth
   Daniel J. Waibel
   Thomas A. Quadracci
   Michael J. Potts
   Diana Propper de Callejon
   James R. Kackley
   Eckhart G. Grohmann

   I certify that I am admitted to practice in this court.

| 4/22/2008 | *(signature)* |
| Date | Signature |

| Bryan Levine | BL0673 |
| Print Name | Bar Number |
| Skadden, Arps, Slate, Meagher & Flom LLP | |
| Four Times Square | |
| Address | |

| New York | NY | 10036 |
| City | State | Zip Code |

| (212) 735-3000 | (212) 735-2000 |
| Phone Number | Fax Number |