SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Jerome S. Hirsch
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
WILLIAM JENNINGS GOLSTON, Individually and
on Behalf of *All Others Similarly Situated*,   :

              Plaintiff,   :    No. 08 Civ. 2984 (RJS)

    - against -   :    **ORDER**

ORION ENERGY SYSTEMS, INC., NEAL R   :
VERFUERTH, DANIEL J. WAIBEL, THOMAS A.
QUADRACCI, MICHAEL J. POTTS, DIANA   :
PROPPER de CALLEJON, JAMES R. KACKLEY,
ECHKHART G. GROHMANN, PATRICK J.   :
TROTTER, THOMAS WEISEL PARTNERS, LLC,
CANACCORD ADAMS, INC., AND PACIFIC   :
GROWTH EQUITIES, LLC,

              Defendants.
------------------------------------- x

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/30/08

    Upon consideration of the foregoing Notice of Motion for Admission *Pro Hac Vice* of Donna L. McDevitt, and good cause having been shown,

    IT IS SO ORDERED, this 29th day of April 2008, that such motion is GRANTED.

                                          /s/ Richard J. Sullivan
                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT
                                          JUDGE