USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/1/08

SULLIVAN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

WILLIAM JENNINGS GOLSTON, Individually and
on Behalf of All Others Similarly Situated,

        Plaintiff,

  - against -

ORION ENERGY SYSTEMS, INC., NEAL R.
VERFUERTH, DANIEL J. WAIBEL, THOMAS A.
QUADRACCI, MICHAEL J. POTTS, DIANA
PROPPER de CALLEJON, JAMES R. KACKLEY,
ECHKHART G. GROHMANN, PATRICK J.
TROTTER, THOMAS WEISEL PARTNERS, LLC,
CANACCORD ADAMS, INC., AND PACIFIC
GROWTH EQUITIES, LLC,

        Defendants.

------------------------------------x

No. 08 Civ. 2984 (RJS)

ADMISSION OF SERVICE AND
STIPULATION AND ORDER EXTENDING TIME

    WHEREAS counsel for Plaintiff has requested that counsel for Defendants Orion Energy Systems, Inc., Neal R. Verfuerth, Daniel J. Waibel, Thomas A. Quadracci, Michael J. Potts, Diana Propper de Callejon, James R. Kackley, Echhart G. Grohmann, and Patrick J. Trotter accept service of the Summons and Complaint on these Defendants' behalf;

    WHEREAS the parties wish to extend the time for defendants to answer or otherwise plead to a date after motion practice.

    THEREFORE:

    1.    Counsel for Defendants Orion Energy Systems, Inc., Neal R. Verfuerth, Daniel J. Waibel, Thomas A. Quadracci, Michael J. Potts, Diana Propper de Callejon, James R. Kackley, Echhart G. Grohmann, and Patrick J. Trotter hereby accepts

and admits service of the authenticated Summons and Complaint on behalf of these Defendants on the condition that all Defendants be granted additional time to answer or otherwise plead; and

    2.    The parties hereby stipulate that the time within which Defendants Orion Energy Systems, Inc., Neal R. Verfuerth, Daniel J. Waibel, Thomas A. Quadracci, Michael J. Potts, Diana Propper de Callejon, James R. Kackley, Eckhart G. Grohmann, and Patrick J. Trotter must answer or otherwise plead is extended to a date set by the Court or a date agreed upon by counsel for Defendants and lead counsel for plaintiffs after the Court decides the pending motions for consolidation, appointment of lead plaintiff, and/or approval of lead counsel that have been filed in this and related matters, and that an Order to this effect may be entered by the Court without further notice of hearing.

Dated: April 28, 2008

                                      Respectfully submitted,

                                      */s/ Jerome S. Hirsch*

                                      Jerome S. Hirsch (JH 5650)
                                      SKADDEN, ARPS, SLATE,
                                        MEAGHER & FLOM LLP
                                      Four Times Square
                                      New York, New York 10036
                                      Tel: (212) 735-3000

                                      Attorneys for Defendants Orion Energy Systems, Inc., Neal R. Verfuerth, Daniel J. Waibel, Thomas A. Quadracci, Michael J. Potts, Diana Propper de Callejon, James R. Kackley, Eckhart G. Grohmann, and Patrick J. Trotter

_____
Jeffrey A. Klafter (JK 0953)
KLAFTER & OLSEN LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, New York 10605
Telephone: (914) 997-5656
Fascimile: (914) 997-2444

Attorney for Plaintiff

SO ORDERED:

_____
Hon. Richard J. Sullivan
United States District Judge
~~May ___, 2008~~
April 29, 2008

3