AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_Southern_ DISTRICT OF _New York_

Golston v. Orion Energy Systems, Inc., et al.

**APPEARANCE**

Case Number: 08 cv 2984

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Orion Energy Systems, Inc., Neal R. Verfuerth, Daniel J. Waibel, Thomas A. Quadracci, Michael J. Potts, Diana Propper de Callejon, James R. Kackley, Eckhart G. Grohmann, and Patrick J. Trotter.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/9/2008 | s/ Donna L. McDevitt |
| Date | Signature |
| | Donna L. McDevitt — IL 6198615 |
| | Print Name — Bar Number |
| | Skadden Arps, 333 W. Wacker Dr., Suite 2100 |
| | Address |
| | Chicago — Illinois — 60606 |
| | City — State — Zip Code |
| | (312) 407-0700 — (312) 407-0701 |
| | Phone Number — Fax Number |